

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00055-CR

| | | |
|---|---|---|
| ROBBIN ARGUETA, Appellant | § | On Appeal from |
| | § | County Criminal Court No. 3 |
| | § | of Denton County (CR-2017-03231-C) |
| V. | § | June 6, 2019 |
| | § | Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The trial court judgment is modified by deleting the court-appointed trial counsel's fees. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack